UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 04 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRUCE HORTI; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> NESTLE HEALTHCARE NUTRITION, INC., <br><br> Defendant - Appellee. | No. 22-16832 <br><br> D.C. No. 4:21-cv-09812-PJH <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |

The judgment of this Court, entered December 13, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $106.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT